IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ATIBA MAYFIELD, | § | |
| | § | No. 231, 2025 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–the Superior |
| | § | Court of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1504011040A |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |
| | § | |

Submitted: February 18, 2026
Decided: March 2, 2026

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

## ORDER

After careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Superior Court's Memorandum Opinion and Order dated April 25, 2025.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice